IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KENNETH LOGAN                                                                           PLAINTIFF

V.                                    CASE NO. 3:12CV00109 JTK

CAROLYN W. COLVIN, Acting Commissioner                                  DEFENDANT
Social Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner and remanding this case for further evaluation consistent with the findings of the Court.

SO ADJUDGED this 29th day of April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE