IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KENNETH LOGAN                                                                                              PLAINTIFF

V.                              Case No. 3:12CV00109 JTK

CAROLYN C. COLVIN,
Commissioner, Social
Security Administration                                                                                    DEFENDANT

## ORDER

Pending is Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (DE #18). In the motion, Plaintiff requests $3,883.45 in fees and expenses.[1] The Commissioner has no objection. After careful consideration, the Court hereby finds that the motion should be granted and that Plaintiff be awarded reasonable attorney's fees and expenses.

EAJA fees are payable to Plaintiff, not Plaintiff's attorney, and such fees are subject to an offset when the Plaintiff has outstanding federal debts. *See Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). Therefore, subject to any offset, payment by check to the order of the Plaintiff, in care of his attorney, will issue to Plaintiff's attorney.

Accordingly, the Motion for Attorney's Fees (DE #18) is GRANTED. Plaintiff is awarded $3,883.45.

IT IS SO ORDERED this 11th day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff requests $3,884.45 but there is a $1.00 calculation error (18.85 attorney hours at the rate of $181 per hour and 6.05 paralegal hours at the rate of $75 per hour, plus expenses in the amount of $17.85).